UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. _____

CRYSTAL HARRIS,

    Plaintiff,

v.

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Defendant, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS ("Defendant"), by and through its undersigned counsel, and in accordance with the applicable Federal Rules of Civil Procedure and 28 U.S.C. §§ 1331, 1367, 1441, and 1446 (2020), hereby files this Notice of and Petition for Removal (the "Notice"). Defendant requests that the Court remove this action filed by Plaintiff, CRYSTAL HARRIS ("Plaintiff"), in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida to the United States District Court for the Southern District of Florida, West Palm Beach Division. The removal of this action is based upon the following:

1.    On or about June 1, 2021, Plaintiff filed a Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, styled *Crystal Harris v. Cellco Partnership d/b/a Verizon Wireless* (the "State Court Action"). The State Court Action was assigned Case No. 50-2021-CA-003334XXXMB (AD).

CASE NO. _____

2. In the ten (10) count Complaint, Plaintiff alleges the following causes of action:

    a. Alleged gender, sexual orientation, race, and color discrimination, purportedly in violation of the Florida Civil Rights Act, § 760.01, *et seq.*, Fla. Stat. (2020) ("FCRA") (Count I);

    b. Alleged retaliation, purportedly in violation of the FCRA (Count II);

    c. Alleged negligent retention (Count III)

    d. Alleged negligent supervision (Count IV);

    e. Alleged race, color, ancestry, and ethnicity discrimination, purportedly in violation of 42 U.S.C. § 1981 (2020) ("§ 1981") (Count V);

    f. Alleged retaliation in violation of § 1981 (Count VI);

    g. Alleged gender, sexual orientation, race, and color discrimination, purportedly in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* (2020) ("Title VII") (Count VII);

    h. Alleged retaliation, purportedly in violation of Title VII (Count VIII);

    i. Alleged hostile work environment, purportedly in violation of Title VII (Count IX); and

    j. Alleged "wrongful termination," purportedly in violation of Title VII (Count X).

3. Because Plaintiff alleges claims under Title VII and § 1981, this action is within the original federal question jurisdiction of the United States District Court, pursuant to 28 U.S.C. § 1331. Thus, this action is removable pursuant to 28 U.S.C. § 1441(a).

4. Plaintiff's Florida common law claims for negligent retention and negligent supervision, as well as her claims under the FCRA, fall within the Court's supplemental

CASE NO. _____

jurisdiction pursuant to 28 U.S.C. § 1367 (2020), as the allegations in support of those claims stem from the same set of facts and form part of the same case or controversy. Indeed, the state law claims are alternative theories through which Plaintiff seeks to recover the same damages from Defendant.

5. Defendant was served with the Complaint on June 4, 2021, via service of process. Therefore, this Notice has been filed within thirty (30) days after Defendant received notice of the pleading setting forth the claims for relief upon which this removal is based, as required by 28 U.S.C. § 1446(b).

6. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed in the State Court Action are attached to this Notice as **Exhibit "A."**

7. Pursuant to 28 U.S.C. § 1446(d), Defendant will provide promptly written notice of the removal to Plaintiff and will file a copy of this Notice in the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

8. The United States District Court for the Southern District of Florida, West Palm Beach Division, includes the judicial county in which Plaintiff filed her Complaint. Thus, removal to this Court is proper.

WHEREFORE, Defendant, CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, respectfully requests that the United States District Court for the Southern District of Florida accept the removal of this action from the Fifteenth Judicial Circuit in and for Palm Beach County, Florida and direct that the Circuit Court has no further jurisdiction of this matter unless and until this case is remanded.

Dated: June 28, 2021

CASE NO. _____

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

By: *s/ Jennifer A. Schwartz*
Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Shayla N. Waldon, Esq.
Florida Bar No. 105626
Email: *shayla.waldon@jacksonlewis.com*

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on June 28, 2021, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Shayla N. Waldon*
Shayla N. Waldon, Esq.

## SERVICE LIST

Shannon A. Ligon, Esq.
Florida Bar No. 59191
Email: *prettysmartlaw@gmail.com*
       *saligon@fltriallawyers.com*
       *info@fltriallawyers.com*
LIGON LAW GROUP, LLC D/B/A
PRETTYSMART LAW
100 Biscayne Bouleavrd, Suite 1114
Miami, Florida 33132
Telephone: (888) 779-7426

*Counsel for Plaintiff*

Jennifer A. Schwartz, Esq.
Florida Bar No. 502431
Email: *jennifer.schwartz@jacksonlewis.com*
Shayla N. Waldon, Esq.
Florida Bar No. 105626
Email: *shayla.waldon@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*